# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 CV 010

| | |
|---|---|
| ALBERT GRAVES, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>SMITHKLINE BEECHAM CORP. )<br>d/b/a GLAXO SMITH KLINE, )<br>)<br>Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Paul M. Goodson's Application for Admission to Practice *Pro Hac Vice* of Joseph J. Zonies. It appearing that Joseph J. Zonies is a member in good standing with the Colorado Bar and will be appearing with Paul M. Goodson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Paul M. Goodson's Application for Admission to Practice *Pro Hac Vice* (#2) of Joseph J. Zonies is **GRANTED**, and that Joseph J. Zonies is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul M. Goodson.

Signed: April 22, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge